## 24327.  EPPERSON v. DUTTON, Warden.

DUCKWORTH, Chief Justice.  This is purely and simply an effort to correct alleged errors of law in a case heretofore affirmed in *Epperson v. State,* 223 Ga. 253 (154 SE2d 237), and the writ of habeas corpus is not available to applicant for a second review.  *Morris v. Aderhold,* 201 Ga. 533 (40 SE2d 747); *Peppers v. Balkcom,* 218 Ga. 749 (130 SE2d 709).  The judgment remanding the applicant to the custody of the proper State officials must be affirmed.

*Judgment affirmed. All the Justices concur.*

SUBMITTED OCTOBER 9, 1967—DECIDED OCTOBER 20, 1967.

Charles Epperson, Jr., *pro se.*

*Arthur K. Bolton, Attorney General, Marion O. Gordon, Assistant Attorney General, Joel C. Williams, Jr.,* for appellee.